ORDERED.

Dated: January 11, 2017

_____
Karen S. Jennemann
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
www.flmd.uscourts.gov

**In re:**

**KEVIN QUIJANO**                             Case No.: 6:15-bk-09490-KSJ
                                              Chapter 11
    **Debtor.**
_____/

**ORDER GRANTING MOTION FOR
APPROVAL OF PERMANENT MORTGAGE MODIFICATION AGREEMENT**
(Re: 327 Desoto Circle, Orlando, Florida 32804, loan #****1089)

This case came before the Court to consider Debtor's Motion for Approval of Permanent Mortgage Modification Agreement (Doc. 84) [the "motion"] with Select Portfolio Servicing, Inc. ("SPS"), as servicer for Bank of New York Mellon, F/K/A Bank of New York, as Trustee, in trust for the registered holders of CWALT, Inc. Alternative Loan Trust 2007-19, Mortgage Pass-Through Certificates, Series 2007-19.  The motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 21 days of the date of service.  No party filed a response within the time permitted and the Court therefore considers the matter to be unopposed.  Accordingly, it is **ORDERED:**

1.     The motion is GRANTED.

2. The permanent Loan Modification Agreement with SPS is approved and the parties are ordered to comply with the terms of the agreement.

3. The modified payment is $6,277.48, of which $4,955.18 is principal and interest and the balance includes escrow for taxes and insurance, and shall begin on December 1, 2016.

4. The "New Principal Balance" on the note is $1,632,495.36, of which $489,748.61 shall be deferred (the "Deferred Principal Balance") and shall not accrue interest or be amortized, resulting in an "Interest Bearing Principal Balance" of $1,142,746.75 which shall be amortized as set forth below:

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal & Interest Payment | Estimated Monthly Escrow Payment* | Total Monthly Payment* | Payment Begins on | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1-21 | 4.250% | N/A | $4,955.18 | $1,322.30* | $6,277.48* | 12/01/2016 | 248 |

*adjusts periodically

5. The "New Principal Balance" and any other amounts still owed according to the terms of the Mortgage Loan Modification Agreement, including the "Deferred Principal Balance", shall be due and payable in full by the earliest of 1) the sale or transfer of any of Debtors' interest in the property subject to the mortgage, 2) the date Debtors pay the entire "Interest Bearing Principal Balance", or 3) the "Maturity Date" of July 1, 2037.

6. The modification agreement should be recorded in the public records of Orange County, Florida.

9. All other orders that do not conflict with this order remain in full force and effect.

Attorney Jeffrey S. Ainsworth is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.